IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 20-00180-01-CR-W-BP |
| ) | |
| BRANDEN C. BLACKBURN, ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING MOTION FOR COPIES**

On February 10, 2022, the Court sentenced Defendant Branden Blackburn to 60 months in the custody of the Bureau of Prisons after he pleaded guilty to possessing a firearm in furtherance of a drug trafficking offense. (Doc. 64, p. 1-2.) Defendant did not appeal the sentence, and the time to do so has passed. Now, he has filed a *pro se* motion requesting a copy of his docket sheet, judgment and commitment, plea agreement, and pre-sentencing transcripts. (Doc. 68.) Defendant indicates he would like to seek collateral relief from his conviction and sentence. (Doc. 68.) Yet he does not point to specific potential errors, and there are no pending proceedings involving him. Therefore, there is no reason to provide the requested information. Defendant's motion is **DENIED**. The Clerk of Court is directed to send a copy of this Order to:

Branden Blackburn
Reg. No. 35011-045
FCI Pekin
P.O. Box 5000
Pekin, IL 61555

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
Date: September 22, 2022  UNITED STATES DISTRICT COURT